| Chapter 7 Trustee Name, Address, Telephone & Fax Numbers | For Court Use Only |
|---|---|
| P.J. Zimmermann, Trustee<br>31566 Railroad Canyon Road #306<br>Canyon Lake CA 92587<br>(951) 244-8544 Telephone<br>(951) 244-8454 Facsimile<br>Email: pjzimmzimm@aol.com | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **RIVERSIDE DIVISION** |
| In Re:<br><br>MAURICE J. HUTTON and JO ANN HUTTON,<br><br><br><br>Debtor. | Chapter 7<br>Case No. 6:11-bk-16379-MJ<br><br>NOTICE OF MOTION AND MOTION BY TRUSTEE FOR TURNOVER OF ESTATE PROPERTY<br><br>Date: August 9, 2011<br>Time: 11:00 a.m.<br>Ctrm: 301<br>U.S. Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that P.J. Zimmermann, the Trustee of the above entitled estate, has filed a motion for turnover of estate property, namely Debtor's share of stock and for accounting on loan re sale of property. The matter is scheduled for hearing on August 9, 2011 at 11:00 a.m. in Courtroom 301 of the bankruptcy court located at 3420 Twelfth Street, Riverside, California.

FURTHER NOTICE is given that any interested party opposing this motion must file a written response with the above-entitled court and serve a copy on the Trustee, P. J. Zimmermann, at 31566 Railroad Canyon Road, #306, Canyon Lake, California 92587, no later than fourteen (14) days before the hearing and appear at the hearing pursuant to Local Bankruptcy Rule 9013-1. Failure to file a timely written objection waives your right to object.

1

MOTION FOR TURNOVER

P.J. Zimmermann, the Chapter 7 Trustee (hereinafter "Trustee") of the bankruptcy estate of Maurice J. Hutton and Jo Ann Hutton (hereinafter "Debtors"), brings this motion for determination and turnover of estate property based on the following:

1. P. J. Zimmermann is the duly appointed and acting Trustee of the above entitled estate.

2. The Debtors filed their Chapter 7 bankruptcy on February 28, 2011. On schedule B and C of their bankruptcy petition, the Debtors listed a pension, in which Debtors receive $358.00 per month and Accounts Receivable (loan payments) for business they sold to Cary Hutton (Vi Trac, Inc.) in 1997, for which they are still owed $34,000.00.

3. The first page of the 2010 tax return, line #16a, verifies that the Debtors received a pension of $4,292 (approximately $358.00 per month). A copy of the first page of the 2010 tax return is attached herein and incorporated as Exhibit "A". This fully accounts for the pension reported on Schedule B and exempt on schedule C of Debtors' petition.

4. Schedule B of the 2010 tax return shows interest paid on the note held by the Debtors regarding a sale of their business to Vi Trac, Inc. This note was reported on schedule B of the petition and partially exempt under schedule "C". A copy of Schedule B of the 2010 tax return is attached herein as Exhibit "B".

5. Schedule B of the 2010 tax return also shows a stock dividend of $371.00. The Trustee requested a copy of the stock account. Debtors insisted that this was a retirement account and therefore

exempt. However, dividends reported on Schedule B of the tax return are not retirement dividends. The Debtors provided a copy of the 2011 dividend payment and it is attached herein and incorporated as Exhibit "C". The dividend was paid on Baxter stock held in a Computershare account. There are 320 shares of stock valued at $53.15\share on February 28, 2011, date the Debtor filed bankruptcy, for total value of $17,008. The stock account is jointly held by Debtor Jo Ann Hutton and Clark F. Hutton. The Trustee believes that 50% of the stock or $8,504.00 and 50% of the dividend paid out on April 1, 2011 or $49.60 are property of the bankruptcy estate. for a total of $8,553.60. This asset was not disclosed on the petition. Therefore the Trustee requests turnover of $8,553.60 ($8,504.00 + 49.60).

6. Per an accounting provided by the Debtors and interest on both the 2009 and 2010 tax return, payments have been made by Vi Trac, Inc. in the past. The Trustee would like an accounting for any post-petition payments.

Wherefore, the Trustee requests turnover of $8,553.60, an accounting post-petition on the Vi Trac, Inc. loan and such other and further relief as this court deems just and proper.

Date: 7/5/11

P. J. Zimmermann, Trustee

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2010**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____, 2010, ending _____, 20____   OMB No. 1545-0074

**Name, Address, and SSN**
See separate instructions.

Your first name: MAURICE   MI: J   Last name: HUTTON
Your social security number: [redacted]

If a joint return, spouse's first name: JOANN   MI: ___   Last name: HUTTON
Spouse's social security number: [redacted]

Home address (number and street): 44560 Grovewood Circle   Apartment no.: ___

City, town or post office: Hemet   State: CA   ZIP code: 92544

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund? ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- Boxes checked on 6a and 6b: 2
- c Dependents: (none listed)
- d Total number of exemptions claimed: 2

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 2,818. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 371. |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ☐ | 13,558. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a ___  b Taxable amount | |
| 16a | Pensions and annuities  16a ___  b Taxable amount | 4,292. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a  33,108.  b Taxable amount | 2,797. |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income | 23,836. |

(Line 16a circled by hand)

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income | 23,836. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112  12/22/10   Form 1040 (2010)

EXHIBIT A

(Stamped "DUP" on right side)

| SCHEDULE B (Form 1040A or 1040) | Interest and Ordinary Dividends | OMB No. 1545-0074 **2010** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A or 1040. ► See Instructions. | Attachment Sequence No. 08 |

Name(s) shown on return: MAURICE J & JOANN HUTTON

Your social security number: [redacted]

**Part I Interest**

(See instructions for Form 1040A, or Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address

| Payer | Amount |
|---|---|
| ViTrac Inc | 2,805.00 |
| Chase | 13.00 |

*vit. on note*

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | |
|---|---|---|
| 2 Add the amounts on line 1 | 2 | 2,818.00 |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ► | 4 | 2,818.00 |

Note. If line 4 is over $1,500, you must complete Part III.

**✱ Part II Ordinary Dividends**

(See instructions for Form 1040A, or Form 1040, line 9a.)

5. List name of payer ... ►

| Payer | Amount |
|---|---|
| BAXTER INTERNATIONAL INC. | 371.00 |

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | |
|---|---|---|
| 6 Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ► | 6 | 371.00 |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2010, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b If 'Yes,' enter the name of the foreign country .. ► | | |
| 8 During 2010, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | X |

BAA For Paperwork Reduction Act Notice, see your tax return instructions.  FDIA0401  10/15/10  Schedule B (Form 1040) 2010

EXHIBIT B

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 31566 Railroad Canyon Road, #306, Canyon Lake, CA 92587

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION BY TRUSTEE FOR TURNOVER OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __7-3-11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee – ustpregion16.rs.ecf@usdoj.gov
Gregory J. Doan – ecf@doanlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __July 5, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **Sent by U.S. Mail**

Maurice J. Hutton
Jo Ann Hutton
44560 Grovewood Circle
Hemet, CA 92544

Honorable Meredith A. Jury
3420 Twelvth Street, Suite 325\Ctrm 301
Riverside, CA 92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 5, 2011 | Diana Castillo | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

4

*filed 2/28*
*Petition filed 2/28*
*53.15/sh on 2/28*

# Baxter

**Computershare**

Computershare
PO Box 43078
Providence, RI 02940-3078
Within USA, US territories & Canada    888 359 8645
Outside USA, US territories & Canada    781 575 2723
www.computershare.com/investor

004879

JOANN HUTTON
& CLARK F HUTTON JT TEN
44560 GROVEWOOD CIR
HEMET CA  92544

**Holder Account Number**
C0000411973    JNT



Record Date        10 Mar 2011
Check Number       0077941996
SSN/TIN Certified  Yes

001CS0005.DOMEQS_PGI.BAX.210820_3698-10004879/004879/1

## Baxter International Inc. - Dividend Payment

Sign up for Direct Deposit of Dividends. It's Quick! It's Easy! It's Secure! See reverse side for details.

Save time. Be more secure. Help the environment. Manage your holdings at Investor Centre!
It is easy and free, so get started now at www.computershare.com/investor.

### Dividend Confirmation

| Payment Date | Class Description | Participating Shares/Units | Dividend Rate | Gross Dividend ($) | Deduction Amount ($) | Deduction Type | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 01 Apr 2011 | COMMON | 320 | $0.31000 | 99.20 | 0.00 | N/A | 99.20 |
| Year-To-Date Paid | | | | 198.40 | 0.00 | | 198.40 |

1 U D C                                BAX

001CD70003 / R    00HXDA-PP

EXHIBIT "C"

Apr 27 11 01:13p    maurice j hutton    951 927 9313    p.4