| Chapter 7 Trustee Name, Address, Telephone & Fax Numbers | For Court Use Only |
|---|---|
| P.J. Zimmermann, Trustee<br>31566 Railroad Canyon Road #306<br>Canyon Lake CA 92587<br>(951) 244-8544 Telephone<br>(951) 244-8454 Facsimile<br>Email: pjzimmzimm@aol.com | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | RIVERSIDE DIVISION |
| In Re:<br><br>MAURICE J. HUTTON and JO ANN HUTTON,<br><br><br>Debtor. | Chapter 7<br>Case No. 6:11-bk-16379-MJ<br><br>NOTICE OF MOTION AND MOTION BY THE TRUSTEE OBJECTING TO DEBTORS' AMENDED EXEMPTIONS<br><br>Date: September 13, 2011<br>Time: 11:00 a.m.<br>Ctrm: 301<br>U.S. Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that P.J. Zimmermann, the Trustee of the above entitled estate, has filed a motion objecting to Debtors' amended exemptions. The matter is scheduled for hearing on September 13, 2011 at 11:00 a.m. in Courtroom 301 of the bankruptcy court located at 3420 Twelfth Street, Riverside, California.

FURTHER NOTICE is given that any interested party opposing this motion must file a written response with the above-entitled court and serve a copy on the Trustee, P. J. Zimmermann, at 31566 Railroad Canyon Road, #306, Canyon Lake, California 92587, no later than fourteen (14) days before the hearing and appear at the hearing pursuant to Local Bankruptcy Rule 9013-1. Failure to file a timely written objection waives your right to object.

MOTION

P.J. Zimmermann, the Chapter 7 Trustee (hereinafter "Trustee") of the bankruptcy estate of Maurice J. Hutton and Jo Ann Hutton (hereinafter "Debtors"), brings this motion objecting to the amended schedule C exemptions based on the following:

1. P. J. Zimmermann is the duly appointed and acting Trustee of the above entitled estate.

2. The Debtors filed their Chapter 7 bankruptcy on February 28, 2011. The 341A hearing was held on April 14, 2011. At the hearing the Trustee questioned the Debtors about a dividend on schedule B of the tax return. Debtors stated that the dividends were from a retirement account and therefore not property of the estate. Debtors insisted that they had no brokerage accounts. The Trustee continued the hearing and requested documents regarding that account. A copy of the letter sent to the Doan Law firm is attached herein and incorporated as Exhibit "A".

3. The Debtors provided a copy of the 2011 dividend payment and finally a copy of the complete statement of the account. The dividend was paid on Baxter stock held in a Computershare account. There are 320 shares of stock valued at $53.15\share on February 28, 2011, date the Debtor filed bankruptcy, for total value of $17,008. The stock account was jointly held by Debtor Jo Ann Hutton and Clark F. Hutton. Debtors had failed to disclose this brokerage account.

4. At the continued 341A hearing, the Trustee questioned the Debtors about the stock account and stated that the brokerage account was not disclosed and therefore Debtors would have to turnover 50% of the account to the Trustee. Also, Debtors did not have any exemptions

2

left on their schedule C. Jo Ann Hutton stated she needed the money, would not turnover any monies to the Trustee and walked out of the hearing.

5. The Trustee then proceeded to file a motion for turnover on July 5, 2011. Debtors failed to respond to the motion. On or about August 1, 2011, Debtors filed an amended schedule B and C, listing and exempting the undisclosed asset, namely 320 shares of Baxter stock in a brokerage account. On or about August 8, 2011, the Debtors filed a declaration regarding the non-disclosed asset.

6. The Trustee objects to the amended schedule C, which exempts the undisclosed asset. A copy of the amended schedule C is attached herein and incorporated as Exhibit "B." The bankruptcy code is very clear under § 521 that the Debtors have a duty to list all of their assets on the petition and under 522(g) Debtors cannot exempt assets not disclosed. The Trustee has filed the opposition to the amended schedule C timely per FRBP 4003.

Therefore, the Trustee requests that the court disallow the Debtors' amended schedule C exempting the undisclosed brokerage account and for such other and further relief as this court deems just and proper.

Date: 8/12/11

P. J. Zimmermann, Trustee

3

# P. J. ZIMMERMANN, TRUSTEE

31566 Railroad Canyon Road, #306
Canyon Lake, California 92587
(951) 244-8544
(951) 244-8454 Fax
Email: pjzimmzimm@aol.com

---

## MEMO

**DATE:** May 7, 2011

**TO:** Kristen Aylward
Doan Law Firm

**FROM:** Pat Zimmermann

**RE:** Hutton; 11-16379

I have reviewed the paperwork and need the following documents:

Copy of last complete statement of account with Computershare – not just the dividend payment statement. The 320 shares of stock are worth over $18,000. I see no evidence that this (joint) account is a retirement account. Even the tax returns treat the disbursements as dividends, not as retirement distribution income. Please provide me with <u>proof</u> that this joint account is a retirement account. Also, I would like a copy of the 1099 sent by Computershare for the 2010 tax return.

I will have my appraiser, Jack Pope, contact your clients to appraise their vehicles. The hearing scheduled for May 16, 2011 will be continued to June 16, 2011 at 9:30 a.m.

Very Truly Yours,

*[signature]*
Pat Zimmermann
Chapter 7 Trustee

CC: Maurice & Jo Ann Hutton

EXHIBIT  A

B6C (Official Form 6C) (4/10)

In re   **Maurice J Hutton,**
        **Jo Ann Hutton**
                                    Debtors

Case No.   **6:11-bk-16379**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking & Savings Accounts Wells Fargo | C.C.P. § 703.140(b)(5) | 1,800.00 | 1,800.00 |
| Checking & Savings Accounts Baxter Credit Union | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Misc. Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 1,800.00 | 1,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. Collectibles | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| Misc. Wearing Apparel | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | C.C.P. § 703.140(b)(4) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Misc. Hobby Equipment | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Joint Debtor's Pension Baxter Credit Union | C.C.P. § 703.140(b)(10)(E) | 358.00 | 358.00 |
| ***Joint Debtor receives $358.00 per month **Disclosure only** | | | |
| **Stock and Interests in Businesses** | | | |
| Joint Debtors Common Stock 50% interest Baxter Credit Union $18,000 cash value | C.C.P. § 703.140(b)(5) | 9,000.00 | 18,000.00 |
| **Accounts Receivable** | | | |
| Accounts Receivable - Debtor sold business in 1997 for $380,000 (Cary Hutton) ***Purchaser made monthly payments to Debtor ***$34,000 remaining amount owed to Debtor ***Debtor does not expect to receive the funds | C.C.P. § 703.140(b)(5) | 9,560.00 | 34,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Anticipated 2010 Tax Refund | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

# EXHIBIT B

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 31566 Railroad Canyon Road, #306, Canyon Lake, CA 92587

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION BY TRUSTEE OBJECTING TO DEBTORS' AMENDED EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _8-15-11_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee -- ustpregion16.rs.ecf@usdoj.gov
Gregory J. Doan – ecf@doanlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _August 14, 2011_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **Sent by U.S. Mail**

Maurice J. Hutton
Jo Ann Hutton
44560 Grovewood Circle
Hemet, CA 92544

Honorable Meredith A. Jury
3420 Twelfth Street, Suite 325\Ctrm 301
Riverside, CA 92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 14, 2011 | Diana Castillo | /s/ Diana Castillo |
|---|---|---|
| Date | Type Name | Signature |

4